IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SMOOTHIE KING FRANCHISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MONJOVIC, LLC, BEST SMOOTHIE INC. and JEAN VICTOME, <br><br> Defendants. | Civil Action File No.: <br> 1:21-CV-04402-WMR |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that Defendants Monjovic, LLC, Best Smoothie Inc., and Jean Victome (collectively "Best Smoothie") in the above-named case appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's Final Order and Judgment [Doc. No. 198], entered in this action on February 28, 2025.

Respectfully submitted this 7th day of March, 2025.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ François O. Ecclesiaste*

Jonathan D. Goins
Georgia Bar No. 738593
S. Austin King
Georgia Bar No. 271704
Lewis Brisbois Bisgaard & Smith LLP 600 Peachtree Street, NE, Suite 4700 Atlanta, Georgia 30308
Ph: 404.348.8585
Fax: 404.467.8845
Jonathan.goins@lewisbrisbois.com
austin.king@lewisbrisbois.com

François O. Ecclesiaste
(Admitted pro hac vice)
Lewis Brisbois Bisgaard & Smith LLP
90 S. 7th Street, Suite 2800
Minneapolis, MN 55402
Ph: 612.428.5048
Fax: 612.428.50001
francois.ecclesiaste@lewisbrisbois.com

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel hereby certifies that the foregoing documents filed with the Clerk of Court has been prepared in 14-point Times Numeral in accordance with Local Rule 5.1(C).

/s/   *François O. Ecclesiaste*
François O. Ecclesiaste

## **CERTIFICATE OF SERVICE**

This is to certify that I have this 7th day of March 2025 filed the within and foregoing **NOTICE OF APPEAL** with the Clerk of Court using CM/ECF system which will automatically send notification of such filing to counsel of record.

*/s/François O. Ecclesiaste*
François O. Ecclesiaste